JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>       v.<br><br>TRISTAN PAN; SHYAM SUNDER GARG; DAVID TEPERSON; MAYUR PATEL; JASHVANTI PATEL; JAMES ROSEMURGY; ARLIN P. NESER, INDIVIDUALLY AND AS TRUSTEE OF: (i) THE SHYAM S. GARG IRREVOCABLE TRUST, (ii) THE DAVID SAMUEL TEPERSON 2009 IRREVOCABLE TRUST, (iii) THE MAYUR N. PATEL IRREVOCABLE TRUST, (iv) THE JASVANTI PATEL IRREVOCABLE TRUST, and (v) THE JAMES M. ROSEMURGY IRREVOCABLE TRUST, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 8:12-cv-00722-AG-RNB<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

Notice having been given, the Court having considered the stipulation of the Parties, and good cause appearing,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

1.  This United States District Court for the Central District of California shall enforce the terms of the Parties' settlement as memorialized by the Settlement Agreement.

2.  Dismissal of the claims, pursuant to the Parties' stipulation, with prejudice is conditioned upon the parties' full compliance with the terms of the Settlement Agreement.

3.  This Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED**.

Dated: January 03, 2013

The Honorable Andrew J. Guilford
United States District Court Judge

LA01/ 1179214.1

ORDER REGARDING STIPULATION OF DISMISSAL